IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02293-REB-KMT

ROBIN JARRATT,

       Plaintiff,

v.

LTD FINANCIAL SERVICES, L.P., a Colorado limited partnership,

       Defendant.

## NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff by her undersigned attorney of record who hereby notifies the Court that the parties have settled this case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) hereby dismisses this case with prejudice and on the merits pursuant hereto with each party to pay her or its own attorney's fees and costs.

Dated: September 25, 2012.

                              Respectfully submitted,

                              _s/ David M. Larson_____
                              David M. Larson, Esq.
                              88 Inverness Circle East, Suite I-101
                              Englewood, CO 80112
                              (303) 799-6895
                              Attorney for the Plaintiff